

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-13-00505-CR

Christopher G. **CARRINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR8418A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on December 16, 2013. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to January 15, 2014. Because the brief was not filed by the deadline, this court expended judicial resources to prepare and send an order to appellant's attorney, Mr. Edward F. Shaughnessy, III, on January 22, 2014, directing Mr. Shaughnessy to respond to this court in writing by February 3, 2014. Mr. Shaughnessy was instructed that his response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. Our order stated that if Mr. Shaughnessy failed to file an adequate response by the stated deadline, this appeal would be abated to the trial court for an abandonment hearing, and the trial court would be asked to consider whether sanctions were appropriate against Mr. Shaughnessy. TEX. R. APP. P. 38.8(b)(2). No response was filed. Accordingly, on February 11, 2014, this court expended additional judicial resources to prepare and send an order abating this appeal to the trial court for an abandonment hearing. *Id*.

On February 18, 2014, Mr. Shaughnessy filed a brief for the appellant. The brief was not accompanied by any motion requesting an extension of time to file the brief or offering any explanation for the delay in filing the brief. In the interest of justice, this court's order of February 11, 2014 is WITHDRAWN; however, Mr. Shaughnessy is cautioned that in order to avoid sanctions and possible suspension from practice in this court, he must be more responsive to this court's orders and respectful of its time.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

Keith E. Hottle
Clerk of Court

